| Incident Number | Data Occurred | Reason Initiated | Reason Terminated | Apprehension Type | Arrests |
|---|---|---|---|---|---|
| 126042 | 1/9/12 15:52 | Summary Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 123089 | 1/5/12 17:35 | Other Traffic Offenses | Discontinued | None - Decision Made to Terminate | 0 |
| 127708 | 1/11/12 22:13 | Felony Criminal Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1217931 | 1/27/12 21:18 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1220939 | 2/1/12 16:31 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1222155 | 2/3/12 10:04 | Other Traffic Offenses | Stopped Voluntarily | None - Stopped, but Escaped on Foot | 0 |
| 1227666 | 2/12/12 4:09 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 1231024 | 2/7/12 23:06 | Stolen or Suspected Stolen Vehicle | Abandoned | None - Stopped, but Escaped on Foot | 0 |
| 125768 | 1/9/12 13:33 | Other Traffic Offenses | Discontinued | None - Violator Successfully Eluded Police | 0 |
| 128372 | 1/12/12 22:30 | Other Traffic Offenses | Abandoned | None - Stopped, but Escaped on Foot | 0 |
| 129822 | 1/15/12 3:29 | DUI or Suspected DUI Operator | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1211530 | 1/17/12 21:54 | Misdemeanor Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 1218445 | 1/28/12 17:07 | Misdemeanor Criminal Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1222336 | 2/3/12 16:48 | Summary Criminal Offenses | Discontinued | None - Decision Made to Terminate | 0 |
| 1222563 | 2/3/12 21:26 | Other Traffic Offenses | Induced Stop | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1229611 | 2/15/12 18:22 | Misdemeanor Criminal Offenses | Abandoned | None - Stopped, but Escaped on Foot | 0 |
| 1231685 | 2/19/12 0:20 | Felony Criminal Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1265210 | 4/7/12 16:46 | Other Traffic Offenses | Discontinued | None - Violator Successfully Eluded Police | 0 |
| 1218000 | 1/28/12 1:00 | Other Traffic Offenses | Abandoned | None - Stopped, but Escaped on Foot | 0 |
| 1234229 | 2/23/12 8:05 | Other Traffic Offenses | Stopped by Collision | None - Stopped, but Escaped on Foot | 0 |
| 1232673 | 2/20/12 17:48 | Felony Criminal Offenses | Stopped by Collision | None - Stopped, but Escaped on Foot | 0 |
| 1243038 | 3/7/12 18:18 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1243217 | 3/7/12 22:25 | Misdemeanor Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 1221155 | 2/1/12 21:16 | DUI or Suspected DUI Operator | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1233276 | 2/21/12 18:37 | Other Traffic Offenses | Stopped by Collision | None - Stopped, but Escaped on Foot | 0 |
| 1236149 | 2/26/12 1:58 | Other Traffic Offenses | Stopped by Collision | None - Stopped, but Escaped on Foot | 0 |
| 1236390 | 2/26/12 15:34 | Other Traffic Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1244784 | 3/10/12 11:49 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 1248503 | 3/15/12 17:34 | Other Traffic Offenses | Stopped by Collision | None - Stopped, but Escaped on Foot | 0 |
| 1254367 | 3/23/12 1:22 | Other Traffic Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1258504 | 3/28/12 21:54 | Misdemeanor Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1259044 | 3/29/12 17:33 | Summary Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 1260117 | 3/31/12 2:00 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1261446 | 4/2/12 3:17 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1262753 | 4/3/12 21:35 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1264219 | 4/6/12 3:51 | Other Traffic Offenses | Discontinued | None - Violator Successfully Eluded Police | 0 |
| 1270479 | 4/15/12 23:52 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1271061 | 4/16/12 20:49 | Other Traffic Offenses | Induced Stop | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1271860 | 4/17/12 18:04 | Other Traffic Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 2 |

| ID | Date/Time | Offense | Outcome | Result | Count |
|---|---|---|---|---|---|
| 1272002 | 4/17/12 21:47 | Other Traffic Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1273404 | 4/19/12 21:44 | Stolen or Suspected Stolen Vehicle | Induced Stop | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1274377 | 4/21/12 3:28 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 1274856 | 4/22/12 0:56 | Other Traffic Offenses | Abandoned | None - Violator Successfully Eluded Police | 0 |
| 1260510 | 3/31/12 17:46 | DUI or Suspected DUI Operator | Discontinued | None - Decision Made to Terminate | 0 |
| 1265306 | 4/7/12 19:00 | DUI or Suspected DUI Operator | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1279264 | 4/28/12 15:41 | Felony Criminal Offenses | Discontinued | None - Violator Successfully Eluded Police | 0 |
| 1276483 | 4/24/12 17:16 | Other Traffic Offenses | Stopped Voluntarily | None - Stopped, but Escaped on Foot | 1 |
| 1277238 | 4/25/12 17:07 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1278236 | 4/27/12 1:10 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1281363 | 5/1/12 19:00 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1283034 | 5/3/12 21:17 | Other Traffic Offenses | Discontinued | Delayed - After Termination | 2 |
| 1283541 | 5/4/12 19:15 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1286168 | 5/8/12 14:06 | Stolen or Suspected Stolen Vehicle | Discontinued | Delayed - After Termination | 1 |
| 1286285 | 5/8/12 16:39 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 3 |
| 1286303 | 5/8/12 17:18 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1289279 | 5/13/12 0:13 | Stolen or Suspected Stolen Vehicle | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1290242 | 5/14/12 16:49 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 1293484 | 5/19/12 0:55 | DUI or Suspected DUI Operator | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1294241 | 5/20/12 1:57 | Misdemeanor Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1295363 | 5/21/12 16:49 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1235547 | 3/5/12 0:44 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | None - Decision Made to Terminate | 0 |
| 1248992 | 3/16/12 9:13 | Other Traffic Offenses | Discontinued | None - Violator Successfully Eluded Police | 0 |
| 1250073 | 3/17/12 17:34 | Other Traffic Offenses | Discontinued | None - Decision Made to Terminate | 0 |
| 1274272 | 4/21/12 1:09 | Stolen or Suspected Stolen Vehicle | Discontinued | None - Violator Successfully Eluded Police | 0 |
| 1280735 | 4/30/12 20:55 | Other Traffic Offenses | Discontinued | None - Decision Made to Terminate | 0 |
| 1292389 | 5/17/12 16:22 | Stolen or Suspected Stolen Vehicle | Discontinued | None - Decision Made to Terminate | 0 |
| 1296354 | 5/23/12 1:08 | Other Traffic Offenses | Discontinued | None - Violator Successfully Eluded Police | 0 |
| 1297760 | 5/25/12 1:10 | Other Traffic Offenses | Discontinued | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1298628 | 5/26/12 4:25 | Felony Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12100787 | 5/29/12 17:40 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12103282 | 6/2/12 7:54 | Misdemeanor Criminal Offenses | Discontinued | None - Decision Made to Terminate | 0 |
| 12104752 | 6/4/12 16:31 | Summary Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12112714 | 6/15/12 16:21 | Other Traffic Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12112765 | 6/15/12 17:47 | Other Traffic Offenses | Stopped Voluntarily | Delayed - After Termination | 1 |
| 12114189 | 6/17/12 17:04 | Summary Criminal Offenses | Abandoned | None - Stopped, but Escaped on Foot | 1 |
| 12115080 | 6/18/12 22:40 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12115752 | 6/19/12 22:04 | Felony Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12116284 | 6/20/12 17:23 | Other Traffic Offenses | Stopped Voluntarily | None - Stopped, but Escaped on Foot | 1 |
| 12117977 | 6/22/12 20:06 | Stolen or Suspected Stolen Vehicle | Abandoned | Apprehended During Pursuit (Incl. on Foot) | 1 |

2012 - All Pursuits

| ID | Date/Time | Offense | Outcome | Result | Count |
|---|---|---|---|---|---|
| 12120324 | 6/26/12 0:19 | Other Traffic Offenses | Abandoned | None - Violator Successfully Eluded Police | 0 |
| 12123068 | 6/29/12 15:52 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12123160 | 6/29/12 17:18 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 12124802 | 7/1/12 19:06 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12126181 | 7/3/12 18:01 | Other Traffic Offenses | Discontinued | None - Decision Made to Terminate | 0 |
| 12126494 | 7/4/12 1:47 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12127113 | 7/5/12 0:56 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 3 |
| 12127915 | 7/6/12 2:43 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12128495 | 7/6/12 23:22 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 12131624 | 7/10/12 20:28 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12131760 | 7/10/12 20:41 | Felony Criminal Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 12132432 | 7/11/12 23:00 | Other Traffic Offenses | Abandoned | None - Violator Successfully Eluded Police | 1 |
| 12132982 | 7/12/12 16:26 | Misdemeanor Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12133398 | 7/13/12 3:37 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12136297 | 7/17/12 0:01 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12136762 | 7/17/12 17:30 | Other Traffic Offenses | Discontinued | None - Violator Successfully Eluded Police | 0 |
| 12136908 | 7/17/12 21:31 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12143177 | 7/26/12 14:16 | Stolen or Suspected Stolen Vehicle | Stopped Voluntarily | None - Stopped, but Escaped on Foot | 0 |
| 12146444 | 7/31/12 0:30 | Stolen or Suspected Stolen Vehicle | Induced Stop | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12147825 | 8/1/12 20:57 | Summary Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12149849 | 8/4/12 16:18 | Misdemeanor Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 12152236 | 8/7/12 21:43 | Stolen or Suspected Stolen Vehicle | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12153563 | 8/9/12 17:40 | Other Traffic Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | 3 |
| 12153770 | 8/9/12 22:12 | Felony Criminal Offenses | Abandoned | Delayed - After Termination | 1 |
| 12154543 | 8/10/12 23:09 | Misdemeanor Criminal Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12158847 | 8/16/12 17:59 | Stolen or Suspected Stolen Vehicle | Abandoned | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12161679 | 8/20/12 16:35 | Felony Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12162353 | 8/21/12 16:27 | Misdemeanor Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12163316 | 8/22/12 23:00 | DUI or Suspected DUI Operator | Discontinued | None - Decision Made to Terminate | 0 |
| 12164300 | 8/24/12 0:28 | Misdemeanor Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12165855 | 8/26/12 1:41 | Felony Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12167631 | 8/28/12 17:42 | Other Traffic Offenses | Discontinued | None - Violator Successfully Eluded Police | 0 |
| 12167646 | 8/28/12 18:04 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 12168823 | 8/30/12 11:03 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12168858 | 8/30/12 12:00 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12170882 | 9/2/12 0:47 | Other Traffic Offenses | Stopped Voluntarily | None - Stopped, but Escaped on Foot | 0 |
| 12172300 | 9/4/12 3:11 | Other Traffic Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12173602 | 9/6/12 2:52 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12176315 | 9/9/12 17:25 | Misdemeanor Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12176367 | 9/9/12 18:25 | Stolen or Suspected Stolen Vehicle | Abandoned | Apprehended During Pursuit (Incl. on Foot) | 1 |

2012 - All Pursuits

| ID | Date/Time | Offense | Outcome | Result | Count |
|---|---|---|---|---|---|
| 12172555 | 9/4/12 13:51 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12177675 | 9/11/12 18:39 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 3 |
| 12178577 | 9/13/12 1:15 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12179825 | 9/14/12 18:50 | Felony Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12180052 | 9/15/12 1:07 | Felony Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12181437 | 9/16/12 23:09 | Other Traffic Offenses | Abandoned | None - Stopped, but Escaped on Foot | 0 |
| 12183578 | 10/1/12 10:17 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | None - Violator Successfully Eluded Police | 0 |
| 12186667 | 9/24/12 16:36 | Stolen or Suspected Stolen Vehicle | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 12186910 | 9/25/12 0:21 | DUI or Suspected DUI Operator | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12188035 | 9/26/12 18:06 | Felony Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 12189755 | 9/29/12 2:00 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | None - Stopped, but Escaped on Foot | 0 |
| 12189775 | 9/29/12 1:50 | Other Traffic Offenses | Discontinued | None - Decision Made to Terminate | 0 |
| 12190779 | 9/30/12 17:28 | Felony Criminal Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12190908 | 9/30/12 20:47 | Stolen or Suspected Stolen Vehicle | Abandoned | None - Stopped, but Escaped on Foot | 0 |
| 12192937 | 10/3/12 20:45 | Stolen or Suspected Stolen Vehicle | Abandoned | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12193097 | 10/4/12 2:28 | DUI or Suspected DUI Operator | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12196221 | 10/8/12 17:37 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | None - Decision Made to Terminate | 0 |
| 12196505 | 10/9/12 3:13 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12196983 | 10/9/12 20:08 | Stolen or Suspected Stolen Vehicle | Discontinued | None - Violator Successfully Eluded Police | 0 |
| 12197824 | 10/10/12 16:57 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12198784 | 10/12/12 2:45 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12198791 | 10/12/12 3:02 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12199236 | 10/12/12 19:44 | Summary Criminal Offenses | Induced Stop | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12200755 | 10/15/12 3:10 | Other Traffic Offenses | Abandoned | None - Stopped, but Escaped on Foot | 0 |
| 12201413 | 10/16/12 3:31 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 0 |
| 12205388 | 10/22/12 3:34 | Other Traffic Offenses | Discontinued | None - Decision Made to Terminate | 1 |
| 12206019 | 10/23/12 2:47 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12207221 | 10/24/12 18:08 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 12210858 | 10/29/12 19:03 | Felony Criminal Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 3 |
| 12211212 | 10/30/12 16:45 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 12211838 | 10/31/12 17:29 | Stolen or Suspected Stolen Vehicle | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12212448 | 11/1/12 17:11 | Felony Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12212712 | 11/2/12 1:06 | DUI or Suspected DUI Operator | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12213146 | 11/2/12 16:36 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12214878 | 11/5/12 12:35 | Felony Criminal Offenses | Induced Stop | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12215472 | 11/6/12 11:11 | Other Traffic Offenses | Discontinued | None - Violator Successfully Eluded Police | 1 |
| 12216449 | 11/7/12 21:36 | Other Traffic Offenses | Stopped by Collision | None - Violator Successfully Eluded Police | 0 |
| 12216424 | 11/7/12 20:36 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12218729 | 11/11/12 3:05 | Felony Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 3 |
| 12220313 | 11/13/12 17:09 | Summary Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 2 |

2012 - All Pursuits

| | | | | | |
|---|---|---|---|---|---|
| 12221059 | 11/14/12 19:17 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 0 |
| 12224808 | 11/20/12 20:19 | Stolen or Suspected Stolen Vehicle | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12224852 | 11/20/12 21:59 | Summary Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12228147 | 11/27/12 12:11 | Other Traffic Offenses | Discontinued | None - Decision Made to Terminate | 1 |
| 12230999 | 12/2/12 1:14 | Other Traffic Offenses | Discontinued | Delayed - After Termination | 1 |
| 12231557 | 12/3/12 3:01 | Felony Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 12233040 | 12/5/12 12:05 | Felony Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 12234780 | 12/8/12 1:55 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12235815 | 12/9/12 18:11 | Felony Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12236429 | 12/10/12 19:30 | Other Traffic Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12237577 | 12/12/12 17:25 | DUI or Suspected DUI Operator | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12236011 | 12/24/12 21:28 | Stolen or Suspected Stolen Vehicle | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 12238555 | 12/14/12 4:48 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12238988 | 12/14/12 20:16 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12243769 | 12/23/12 1:15 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 12244959 | 12/25/12 17:44 | Felony Criminal Offenses | Discontinued | None - Violator Successfully Eluded Police | 0 |
| 12245741 | 12/27/12 16:11 | Felony Criminal Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12246386 | 12/28/12 18:55 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 12227447 | 11/26/12 1:07 | Other Traffic Offenses | Discontinued | None - Violator Successfully Eluded Police | 0 |
| 12108048 | 6/9/12 3:04 | Other Traffic Offenses | Abandoned | None - Stopped, but Escaped on Foot | 0 |
| 12130908 | 7/10/12 1:49 | Misdemeanor Criminal Offenses | Discontinued | None - Violator Successfully Eluded Police | 0 |
| 12164301 | 8/24/12 0:30 | Other Traffic Offenses | Discontinued | None - Decision Made to Terminate | 0 |
| 12185777 | 9/23/12 3:25 | Other Traffic Offenses | Stopped Voluntarily | None - Violator Successfully Eluded Police | 0 |
| 12201194 | 10/15/12 19:22 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 12228398 | 11/27/12 20:53 | Other Traffic Offenses | Discontinued | None - Violator Successfully Eluded Police | 0 |

2012 - All Pursuits

| Incident Number | Data Occurred | Reason Initiated | Reason Terminated | Apprehension Type | Collision Type |
|---|---|---|---|---|---|
| 127708 | 1/11/12 22:13 | Felony Criminal Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | Violator/Tire Deflation Deployment Crash |
| 1227666 | 2/12/12 4:09 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 128372 | 1/12/12 22:30 | Other Traffic Offenses | Abandoned | None - Stopped, but Escaped on Foot | Violator Crash |
| 1229611 | 2/15/12 18:22 | Misdemeanor Criminal Offenses | Abandoned | None - Stopped, but Escaped on Foot | Violator Crash |
| 1265210 | 4/7/12 16:46 | Other Traffic Offenses | Discontinued | None - Violator Successfully Eluded Police | Violator Crash |
| 1234229 | 2/23/12 8:05 | Other Traffic Offenses | Stopped by Collision | None - Stopped, but Escaped on Foot | Violator Crash |
| 1234229 | 2/23/12 8:05 | Other Traffic Offenses | Stopped by Collision | None - Stopped, but Escaped on Foot | Violator/Uninvolved Occupied Crash |
| 1232673 | 2/20/12 17:48 | Felony Criminal Offenses | Stopped by Collision | None - Stopped, but Escaped on Foot | Violator Crash |
| 1243217 | 3/7/12 22:25 | Misdemeanor Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 1233276 | 2/21/12 18:37 | Other Traffic Offenses | Stopped by Collision | None - Stopped, but Escaped on Foot | Violator Crash |
| 1233276 | 2/21/12 18:37 | Other Traffic Offenses | Stopped by Collision | None - Stopped, but Escaped on Foot | Violator/Uninvolved Unoccupied Crash |
| 1248503 | 3/15/12 17:34 | Other Traffic Offenses | Stopped by Collision | None - Stopped, but Escaped on Foot | Violator Crash |
| 1248503 | 3/15/12 17:34 | Other Traffic Offenses | Stopped by Collision | None - Stopped, but Escaped on Foot | Violator/Uninvolved Occupied Crash |
| 1248503 | 3/15/12 17:34 | Other Traffic Offenses | Stopped by Collision | None - Stopped, but Escaped on Foot | Violator/Uninvolved Unoccupied Crash |
| 1261446 | 4/2/12 3:17 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 1271061 | 4/16/12 20:49 | Other Traffic Offenses | Induced Stop | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 1271860 | 4/17/12 18:04 | Other Traffic Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 1273404 | 4/19/12 21:44 | Stolen or Suspected Stolen Vehicle | Induced Stop | Apprehended During Pursuit (Incl. on Foot) | Uninvolved/Police Crash |
| 1274377 | 4/21/12 3:28 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 1274856 | 4/22/12 0:56 | Other Traffic Offenses | Abandoned | None - Violator Successfully Eluded Police | Violator Crash |
| 1265306 | 4/7/12 19:00 | DUI or Suspected DUI Operator | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 1281363 | 5/1/12 19:00 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | Police Crash |
| 1283034 | 5/3/12 21:17 | Other Traffic Offenses | Discontinued | Delayed - After Termination | Violator Crash |
| 1293484 | 5/19/12 0:55 | DUI or Suspected DUI Operator | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 1294241 | 5/20/12 1:57 | Misdemeanor Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 1295363 | 5/21/12 16:49 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 1295363 | 5/21/12 16:49 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Uninvolved Crash |
| 1235547 | 3/5/12 0:44 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | None - Decision Made to Terminate | Violator Crash |
| 1298628 | 5/26/12 4:25 | Felony Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 12112714 | 6/15/12 16:21 | Other Traffic Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 12112765 | 6/15/12 17:47 | Other Traffic Offenses | Stopped Voluntarily | Delayed - After Termination | Police/Violator Legal Intervention |
| 12115080 | 6/18/12 22:40 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 12115752 | 6/19/12 22:04 | Felony Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | Violator/Police Deliberate Intent |
| 12117977 | 6/22/12 20:06 | Stolen or Suspected Stolen Vehicle | Abandoned | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 12126181 | 7/3/12 18:01 | Other Traffic Offenses | Discontinued | None - Decision Made to Terminate | Violator/Uninvolved Occupied Crash |
| 12126494 | 7/4/12 1:47 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 12127113 | 7/5/12 0:56 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 12127113 | 7/5/12 0:56 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator/Uninvolved Unoccupied Crash |
| 12127915 | 7/6/12 2:43 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | Uninvolved Crash |
| 12131624 | 7/10/12 20:28 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 12131624 | 7/10/12 20:28 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator/Uninvolved Unoccupied Crash |
| 12131760 | 7/10/12 20:41 | Felony Criminal Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | Police/Violator Legal Intervention |
| 12132432 | 7/11/12 23:00 | Other Traffic Offenses | Abandoned | None - Violator Successfully Eluded Police | Violator Crash |
| 12133398 | 7/13/12 3:37 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | Violator/Police Crash |
| 12136297 | 7/17/12 0:01 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | Violator/Police Crash |
| 12136297 | 7/17/12 0:01 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | Police/Violator Legal Intervention |
| 12152236 | 8/7/12 21:43 | Stolen or Suspected Stolen Vehicle | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |

2012 - Pursuits with Collision

| Incident | Date/Time | Offense | Outcome | Apprehension | Result |
|---|---|---|---|---|---|
| 12153770 | 8/9/12 22:12 | Felony Criminal Offenses | Abandoned | Delayed - After Termination | Violator Crash |
| 12153770 | 8/9/12 22:12 | Felony Criminal Offenses | Abandoned | Delayed - After Termination | Uninvolved Crash |
| 12158847 | 8/16/12 17:59 | Stolen or Suspected Stolen Vehicle | Abandoned | Apprehended During Pursuit (Incl. on Foot) | Police/Violator Legal Intervention |
| 12164300 | 8/24/12 0:28 | Misdemeanor Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 12172555 | 9/4/12 13:51 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 12183578 | 10/1/12 10:17 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | None - Violator Successfully Eluded Police | Violator Crash |
| 12189755 | 9/29/12 2:00 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | None - Stopped, but Escaped on Foot | Violator Crash |
| 12190779 | 9/30/12 17:28 | Felony Criminal Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 12190908 | 9/30/12 20:47 | Stolen or Suspected Stolen Vehicle | Abandoned | None - Stopped, but Escaped on Foot | Violator Crash |
| 12192937 | 10/3/12 20:45 | Stolen or Suspected Stolen Vehicle | Abandoned | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 12192937 | 10/3/12 20:45 | Stolen or Suspected Stolen Vehicle | Abandoned | Apprehended During Pursuit (Incl. on Foot) | Violator/Uninvolved Unoccupied Crash |
| 12193097 | 10/4/12 2:28 | DUI or Suspected DUI Operator | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 12196221 | 10/8/12 17:37 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | None - Decision Made to Terminate | Violator/Uninvolved Occupied Crash |
| 12196505 | 10/9/12 3:13 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 12200755 | 10/15/12 3:10 | Other Traffic Offenses | Abandoned | None - Stopped, but Escaped on Foot | Violator/Police Crash |
| 12201413 | 10/16/12 3:31 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator/Uninvolved Occupied Crash |
| 12206019 | 10/23/12 2:47 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 12210858 | 10/29/12 19:03 | Felony Criminal Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 12212448 | 11/1/12 17:11 | Felony Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | Police/Violator Legal Intervention |
| 12212712 | 11/2/12 1:06 | DUI or Suspected DUI Operator | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 12214878 | 11/5/12 12:35 | Felony Criminal Offenses | Induced Stop | Apprehended During Pursuit (Incl. on Foot) | Police Crash |
| 12215472 | 11/6/12 11:11 | Other Traffic Offenses | Discontinued | None - Violator Successfully Eluded Police | Violator/Uninvolved Occupied Crash |
| 12216449 | 11/7/12 21:36 | Other Traffic Offenses | Stopped by Collision | None - Violator Successfully Eluded Police | Violator Crash |
| 12216424 | 11/7/12 20:36 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 12220313 | 11/13/12 17:09 | Summary Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 12220313 | 11/13/12 17:09 | Summary Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator/Uninvolved Unoccupied Crash |
| 12224808 | 11/20/12 20:19 | Stolen or Suspected Stolen Vehicle | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 12224852 | 11/20/12 21:59 | Summary Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | Police/Violator Legal Intervention |
| 12235815 | 12/9/12 18:11 | Felony Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 12236429 | 12/10/12 19:30 | Other Traffic Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | Violator/Uninvolved Unoccupied Crash |
| 12238988 | 12/14/12 20:16 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | Police Crash |
| 12246386 | 12/28/12 18:55 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 12201194 | 10/15/12 19:22 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |

2012 - Pursuits with Collision