| Incident Number | Data Occurred | Reason Initiated | Reason Terminated | Apprehension Type | Arrests |
|---|---|---|---|---|---|
| 13482 | 1/1/13 18:03 | Felony Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13679 | 1/2/13 2:10 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 131082 | 1/2/13 17:24 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 131192 | 1/2/13 20:04 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 131198 | 1/2/13 20:32 | Stolen or Suspected Stolen Vehicle | Discontinued | Delayed - After Termination | 1 |
| 132501 | 1/5/13 0:23 | DUI or Suspected DUI Operator | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 132586 | 1/5/13 2:50 | Other Traffic Offenses | Discontinued | None - Stopped, but Escaped on Foot | 2 |
| 133253 | 1/6/13 3:16 | DUI or Suspected DUI Operator | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 133333 | 1/6/13 10:14 | Summary Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 133481 | 1/6/13 17:27 | DUI or Suspected DUI Operator | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 136002 | 1/10/13 18:57 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 136202 | 1/11/13 1:13 | Other Traffic Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 136234 | 1/11/13 2:28 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 136703 | 1/11/13 20:07 | Felony Criminal Offenses | Discontinued | None - Violator Successfully Eluded Police | 0 |
| 136813 | 1/11/13 22:55 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 137628 | 1/13/13 2:10 | Stolen or Suspected Stolen Vehicle | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1310051 | 1/17/13 1:38 | Other Traffic Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 3 |
| 1310434 | 1/17/13 16:56 | Stolen or Suspected Stolen Vehicle | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1312756 | 1/21/13 1:17 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1314469 | 1/23/13 17:41 | Other Traffic Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1314486 | 1/23/13 18:15 | Stolen or Suspected Stolen Vehicle | Discontinued | None - Violator Successfully Eluded Police | 0 |
| 1314524 | 1/23/13 19:19 | Other Traffic Offenses | Stopped Voluntarily | None - Stopped, but Escaped on Foot | 4 |
| 1314816 | 1/24/13 7:33 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1315781 | 1/25/13 21:06 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1315833 | 1/25/13 23:44 | Misdemeanor Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1315897 | 1/26/13 1:33 | Felony Criminal Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1316284 | 1/26/13 17:20 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1316434 | 1/26/13 22:15 | Summary Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1318223 | 1/29/13 15:21 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1324076 | 2/6/13 23:18 | DUI or Suspected DUI Operator | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1325232 | 2/8/13 16:33 | Other Traffic Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1325500 | 2/8/13 23:55 | Other Traffic Offenses | Discontinued | Delayed - After Termination | 1 |
| 1326629 | 2/10/13 15:29 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1327373 | 2/11/13 17:08 | Misdemeanor Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1330451 | 2/16/13 2:32 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1329674 | 2/15/13 2:02 | Other Traffic Offenses | Discontinued | Delayed - After Termination | 0 |
| 1330231 | 2/15/13 21:20 | Misdemeanor Criminal Offenses | Discontinued | None - Decision Made to Terminate | 0 |
| 1330593 | 2/16/13 11:18 | Stolen or Suspected Stolen Vehicle | Abandoned | None - Violator Successfully Eluded Police | 0 |
| 1330603 | 2/16/13 11:49 | Stolen or Suspected Stolen Vehicle | Abandoned | None - Violator Successfully Eluded Police | 0 |

2013 - All Pursuits                                                                                                   Exhibit B

| ID | Date/Time | Offense | Outcome | Result | # |
|---|---|---|---|---|---|
| 1334908 | 2/22/13 17:32 | Misdemeanor Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 1336844 | 2/25/13 16:19 | Other Traffic Offenses | Discontinued | None - Decision Made to Terminate | 0 |
| 1337737 | 2/27/13 1:44 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1338257 | 2/27/13 19:57 | Misdemeanor Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 133124 | 1/6/13 0:13 | Other Traffic Offenses | Stopped Voluntarily | None - Decision Made to Terminate | 1 |
| 1322772 | 2/5/13 3:00 | Other Traffic Offenses | Abandoned | None - Stopped, but Escaped on Foot | 0 |
| 1338191 | 3/4/13 8:45 | Stolen or Suspected Stolen Vehicle | Abandoned | None - Violator Successfully Eluded Police | 0 |
| 1341568 | 3/4/13 20:24 | Other Traffic Offenses | Stopped Voluntarily | None - Violator Successfully Eluded Police | 0 |
| 1342172 | 3/5/13 10:45 | Stolen or Suspected Stolen Vehicle | Discontinued | None - Decision Made to Terminate | 0 |
| 1342831 | 3/6/13 19:30 | Misdemeanor Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1343292 | 3/7/13 14:26 | Other Traffic Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 1343520 | 3/7/13 20:40 | Misdemeanor Criminal Offenses | Discontinued | None - Decision Made to Terminate | 0 |
| 1344002 | 3/8/13 15:32 | Felony Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1344278 | 3/8/13 23:39 | Stolen or Suspected Stolen Vehicle | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1346043 | 3/11/13 16:35 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1346191 | 3/11/13 20:27 | Other Traffic Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1348125 | 3/14/13 18:59 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 1348100 | 3/14/13 18:40 | Misdemeanor Criminal Offenses | Stopped Voluntarily | Delayed - After Termination | 1 |
| 1348663 | 3/20/13 16:11 | Stolen or Suspected Stolen Vehicle | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1348972 | 3/16/13 1:15 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1350005 | 3/17/13 11:59 | Misdemeanor Criminal Offenses | Discontinued | None - Violator Successfully Eluded Police | 0 |
| 1350693 | 3/18/13 16:14 | Stolen or Suspected Stolen Vehicle | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1351031 | 3/19/13 3:37 | DUI or Suspected DUI Operator | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1351412 | 3/19/13 18:10 | Misdemeanor Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1356507 | 3/27/13 19:01 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1360929 | 4/3/13 0:10 | Stolen or Suspected Stolen Vehicle | Abandoned | None - Stopped, but Escaped on Foot | 0 |
| 1365923 | 4/9/13 17:57 | Stolen or Suspected Stolen Vehicle | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1366935 | 4/10/13 20:47 | Misdemeanor Criminal Offenses | Induced Stop | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 1367073 | 4/10/13 1:33 | Other Traffic Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1367419 | 4/11/13 13:52 | Felony Criminal Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 1367460 | 4/11/13 15:25 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1367611 | 4/11/13 18:15 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1367854 | 4/12/13 0:38 | Stolen or Suspected Stolen Vehicle | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1371191 | 4/16/13 15:44 | Other Traffic Offenses | Stopped by Collision | None - Stopped, but Escaped on Foot | 0 |
| 1371821 | 4/17/13 12:09 | Felony Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1376538 | 4/23/13 17:07 | Felony Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1377237 | 4/24/13 16:13 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1378509 | 4/26/13 10:18 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 0 |
| 1378696 | 4/26/13 15:35 | Misdemeanor Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1378747 | 4/26/13 16:57 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 4 |

2013 - All Pursuits

| ID | Date/Time | Offense | Outcome | Result | Count |
|---|---|---|---|---|---|
| 1381742 | 4/30/13 19:12 | Felony Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1383621 | 5/2/13 21:25 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1384318 | 5/3/13 19:30 | Other Traffic Offenses | Discontinued | None - Decision Made to Terminate | 0 |
| 1387665 | 5/8/13 2:10 | Felony Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1388526 | 5/8/13 23:40 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 1388958 | 5/9/13 14:53 | Other Traffic Offenses | Discontinued | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1389721 | 5/10/13 15:21 | Felony Criminal Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1390141 | 5/11/13 2:28 | Stolen or Suspected Stolen Vehicle | Abandoned | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1390586 | 5/11/13 19:04 | Summary Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 1381838 | 4/30/13 21:13 | Misdemeanor Criminal Offenses | Induced Stop | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1395027 | 5/17/13 17:59 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1395992 | 5/19/13 0:55 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1394419 | 5/17/13 1:05 | Other Traffic Offenses | Discontinued | None - Violator Successfully Eluded Police | 0 |
| 1397937 | 5/21/13 16:29 | Summary Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1398837 | 5/22/13 20:00 | Misdemeanor Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1399045 | 5/23/13 2:09 | DUI or Suspected DUI Operator | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13100158 | 5/24/13 15:40 | Other Traffic Offenses | Stopped by Collision | None - Stopped, but Escaped on Foot | 3 |
| 13100594 | 5/25/13 2:46 | DUI or Suspected DUI Operator | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13100572 | 5/25/13 2:21 | Felony Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13101015 | 5/25/13 19:27 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13101977 | 5/27/13 9:23 | Other Traffic Offenses | Discontinued | None - Stopped, but Escaped on Foot | 0 |
| 13102151 | 5/27/13 16:09 | Other Traffic Offenses | Abandoned | None - Violator Successfully Eluded Police | 0 |
| 13103273 | 5/28/13 3:12 | Other Traffic Offenses | Stopped Voluntarily | None - Stopped, but Escaped on Foot | 0 |
| 13103699 | 5/29/13 17:57 | Stolen or Suspected Stolen Vehicle | Discontinued | Delayed - After Termination | 1 |
| 13107115 | 6/2/13 21:12 | DUI or Suspected DUI Operator | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13110528 | 6/6/13 23:00 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13108498 | 6/9/13 19:30 | Stolen or Suspected Stolen Vehicle | Abandoned | None - Violator Successfully Eluded Police | 0 |
| 13112304 | 6/9/13 3:11 | Other Traffic Offenses | Discontinued | Delayed - After Termination | 1 |
| 13114083 | 6/11/13 18:48 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 13114353 | 6/12/13 1:39 | Other Traffic Offenses | Stopped by Collision | None - Stopped, but Escaped on Foot | 0 |
| 13116474 | 6/14/13 22:50 | Other Traffic Offenses | Induced Stop | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13119537 | 6/18/13 23:29 | Stolen or Suspected Stolen Vehicle | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13120345 | 6/19/13 23:46 | Other Traffic Offenses | Stopped by Collision | None - Violator Successfully Eluded Police | 0 |
| 13121861 | 6/21/13 23:15 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 13124939 | 6/25/13 22:38 | Other Traffic Offenses | Stopped Voluntarily | None - Stopped, but Escaped on Foot | 1 |
| 13126240 | 6/27/13 18:30 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 13128033 | 6/30/13 1:11 | Other Traffic Offenses | Abandoned | None - Violator Successfully Eluded Police | 0 |
| 1299488 | 6/21/13 2:55 | Other Traffic Offenses | Discontinued | Delayed - After Termination | 1 |
| 13128623 | 6/30/13 21:17 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13118084 | 6/17/13 1:38 | Other Traffic Offenses | Stopped Voluntarily | None - Stopped, but Escaped on Foot | 0 |

2013 - All Pursuits

| | | | | | |
|---|---|---|---|---|---|
| 13130809 | 7/3/13 21:16 | Felony Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13133896 | 7/8/13 0:27 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 13140573 | 7/16/13 21:08 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13141289 | 7/17/13 20:36 | Other Traffic Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13142774 | 7/19/13 20:42 | Other Traffic Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13144392 | 7/22/13 0:50 | Other Traffic Offenses | Discontinued | None - Decision Made to Terminate | 0 |
| 13147466 | 7/26/13 2:45 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13148564 | 7/27/13 14:48 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13149439 | 7/28/13 20:58 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13152232 | 8/1/13 15:14 | Felony Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13152582 | 8/1/13 23:39 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13153294 | 8/2/13 21:58 | Other Traffic Offenses | Discontinued | None - Violator Successfully Eluded Police | 0 |
| 13154283 | 8/4/13 3:44 | DUI or Suspected DUI Operator | Abandoned | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13156906 | 8/7/13 17:46 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13158054 | 8/9/13 2:23 | Other Traffic Offenses | Discontinued | Delayed - After Termination | 1 |
| 13158885 | 8/10/13 1:14 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13162444 | 8/14/13 19:59 | Felony Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13163404 | 8/15/13 20:48 | Felony Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13165998 | 8/19/13 14:10 | Felony Criminal Offenses | Discontinued | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13167391 | 8/21/13 14:15 | Felony Criminal Offenses | Discontinued | None - Decision Made to Terminate | 0 |
| 13167840 | 8/22/13 1:27 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13168436 | 8/22/13 21:20 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13172111 | 8/27/13 19:48 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 13172423 | 8/28/13 6:35 | Felony Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 133186 | 1/6/13 1:32 | Other Traffic Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13175567 | 9/1/13 1:50 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13183073 | 9/11/13 4:15 | Other Traffic Offenses | Stopped Voluntarily | None - Decision Made to Terminate | 1 |
| 13183879 | 9/12/13 8:00 | Other Traffic Offenses | Abandoned | None - Stopped, but Escaped on Foot | 0 |
| 13184925 | 9/13/13 17:08 | Felony Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 13186163 | 9/15/13 3:45 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13187392 | 9/16/13 21:32 | Other Traffic Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13190384 | 9/20/13 23:36 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13193125 | 9/24/13 19:05 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13195463 | 9/27/13 23:13 | Stolen or Suspected Stolen Vehicle | Abandoned | None - Stopped, but Escaped on Foot | 0 |
| 13196814 | 9/29/13 19:54 | Other Traffic Offenses | Discontinued | None - Violator Successfully Eluded Police | 0 |
| 13197365 | 9/30/13 16:15 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13198992 | 10/2/13 17:40 | Misdemeanor Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13201567 | 10/6/13 1:25 | Other Traffic Offenses | Abandoned | None - Violator Successfully Eluded Police | 0 |
| 13202233 | 10/7/13 1:00 | Other Traffic Offenses | Discontinued | Delayed - After Termination | 1 |
| 13202271 | 10/7/13 3:00 | Other Traffic Offenses | Abandoned | None - Violator Successfully Eluded Police | 0 |

2013 - All Pursuits

| ID | Date/Time | Offense | Outcome | Result | Count |
|---|---|---|---|---|---|
| 13204949 | 10/10/13 20:15 | Misdemeanor Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13205931 | 10/12/13 2:17 | Felony Criminal Offenses | Discontinued | None - Violator Successfully Eluded Police | 0 |
| 13206610 | 10/13/13 1:44 | Other Traffic Offenses | Discontinued | None - Violator Successfully Eluded Police | 0 |
| 13207326 | 10/14/13 2:30 | DUI or Suspected DUI Operator | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13207937 | 10/15/13 1:12 | Other Traffic Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13210490 | 10/18/13 15:58 | Summary Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13210879 | 10/19/13 1:29 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13212424 | 10/21/13 13:00 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13215535 | 10/26/13 3:39 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13216171 | 10/27/13 2:12 | DUI or Suspected DUI Operator | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13216925 | 10/28/13 9:43 | Summary Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 0 |
| 13218847 | 10/31/13 4:35 | Misdemeanor Criminal Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13220333 | 11/2/13 1:30 | Summary Criminal Offenses | Induced Stop | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13221585 | 11/4/13 0:49 | Other Traffic Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 13224376 | 11/8/13 2:30 | Felony Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 4 |
| 13227050 | 11/12/13 1:08 | Other Traffic Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13227591 | 11/12/13 17:34 | Felony Criminal Offenses | Abandoned | None - Stopped, but Escaped on Foot | 1 |
| 13227777 | 11/12/13 23:42 | Other Traffic Offenses | Induced Stop | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13230594 | 11/16/13 23:57 | DUI or Suspected DUI Operator | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13234168 | 11/22/13 2:41 | Stolen or Suspected Stolen Vehicle | Stopped Voluntarily | None - Stopped, but Escaped on Foot | 0 |
| 13237105 | 11/26/13 17:02 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13237791 | 11/27/13 20:53 | Other Traffic Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | 3 |
| 13237978 | 11/28/13 2:47 | DUI or Suspected DUI Operator | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13148323 | 7/27/13 3:15 | DUI or Suspected DUI Operator | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13151906 | 8/1/13 2:40 | DUI or Suspected DUI Operator | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13236525 | 11/25/13 18:08 | Other Traffic Offenses | Stopped Voluntarily | None - Stopped, but Escaped on Foot | 0 |
| 13241929 | 12/4/13 18:16 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13243480 | 12/7/13 1:47 | Stolen or Suspected Stolen Vehicle | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13243509 | 12/7/13 2:36 | DUI or Suspected DUI Operator | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13244617 | 12/9/13 0:14 | Misdemeanor Criminal Offenses | Stopped by Collision | None - Stopped, but Escaped on Foot | 0 |
| 13245055 | 12/9/13 17:47 | Other Traffic Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 13247141 | 12/13/13 2:23 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 13254191 | 12/24/13 16:27 | Misdemeanor Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 13254280 | 12/24/13 19:52 | Other Traffic Offenses | Discontinued | Delayed - After Termination | 1 |
| 13255015 | 12/26/13 16:45 | DUI or Suspected DUI Operator | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13256210 | 12/28/13 18:51 | Summary Criminal Offenses | Discontinued | None - Violator Successfully Eluded Police | 0 |
| 13255288 | 12/27/13 3:34 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1316625 | 1/27/13 2:34 | Other Traffic Offenses | Discontinued | None - Decision Made to Terminate | 0 |
| 13102762 | 5/28/13 14:50 | Other Traffic Offenses | Discontinued | None - Violator Successfully Eluded Police | 0 |
| 13170819 | 8/26/13 0:47 | Other Traffic Offenses | Stopped by Collision | None - Stopped, but Escaped on Foot | 1 |

2013 - All Pursuits

| | | | | | |
|---|---|---|---|---|---|
| 13190265 | 9/20/13 19:54 | Other Traffic Offenses | Stopped by Collision | None - Violator Successfully Eluded Police | 0 |
| 13212054 | 10/20/13 21:53 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 0 |
| 13224077 | 11/7/13 17:01 | Other Traffic Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 13239624 | 12/1/13 3:53 | Other Traffic Offenses | Abandoned | None - Violator Successfully Eluded Police | 0 |
| 13243556 | 12/14/13 3:19 | Other Traffic Offenses | Abandoned | None - Stopped, but Escaped on Foot | 0 |
| 13229298 | 11/15/13 9:04 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 2 |

2013 - All Pursuits

| Incident Number | Data Occurred | Reason Initiated | Reason Terminated | Apprehension Type | Collision Type |
|---|---|---|---|---|---|
| 13482 | 1/1/13 18:03 | Felony Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 13679 | 1/2/13 2:10 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 13679 | 1/2/13 2:10 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | Violator/Uninvolved Unoccupied Crash |
| 133253 | 1/6/13 3:16 | DUI or Suspected DUI Operator | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 133333 | 1/6/13 10:14 | Summary Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 133481 | 1/6/13 17:27 | DUI or Suspected DUI Operator | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | Violator/Tire Deflation Deployment Crash |
| 136002 | 1/10/13 18:57 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | Violator/Uninvolved Unoccupied Crash |
| 136202 | 1/11/13 1:13 | Other Traffic Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 136234 | 1/11/13 2:28 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 137628 | 1/13/13 2:10 | Stolen or Suspected Stolen Vehicle | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 1310051 | 1/17/13 1:38 | Other Traffic Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 1310051 | 1/17/13 1:38 | Other Traffic Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | Violator/Tire Deflation Deployment Crash |
| 1312756 | 1/21/13 1:17 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 1314469 | 1/23/13 17:41 | Other Traffic Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 1314469 | 1/23/13 17:41 | Other Traffic Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | Violator/Uninvolved Occupied Crash |
| 1314816 | 1/24/13 7:33 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 1315781 | 1/25/13 21:06 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 1315897 | 1/26/13 1:33 | Felony Criminal Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 1315897 | 1/26/13 1:33 | Felony Criminal Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | Violator/Uninvolved Deliberate Intent |
| 1316284 | 1/26/13 17:20 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 1316284 | 1/26/13 17:20 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator/Uninvolved Unoccupied Crash |
| 1329674 | 2/15/13 2:02 | Other Traffic Offenses | Discontinued | Delayed - After Termination | Violator Crash |
| 1343292 | 3/7/13 14:26 | Other Traffic Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | Violator/Uninvolved Occupied Crash |
| 1344002 | 3/8/13 15:32 | Felony Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | Police/Violator Legal Intervention |
| 1346191 | 3/11/13 20:27 | Other Traffic Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 1348663 | 3/20/13 16:11 | Stolen or Suspected Stolen Vehicle | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 1348972 | 3/16/13 1:15 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 1351031 | 3/19/13 3:37 | DUI or Suspected DUI Operator | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 1356507 | 3/27/13 19:01 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | Violator/Police Crash |
| 1360929 | 4/3/13 0:10 | Stolen or Suspected Stolen Vehicle | Abandoned | None - Stopped, but Escaped on Foot | Violator Crash |
| 1365923 | 4/9/13 17:57 | Stolen or Suspected Stolen Vehicle | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 1365923 | 4/9/13 17:57 | Stolen or Suspected Stolen Vehicle | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | Police/Violator Legal Intervention |
| 1367073 | 4/10/13 1:33 | Other Traffic Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 1367460 | 4/11/13 15:25 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 1371191 | 4/16/13 15:44 | Other Traffic Offenses | Stopped by Collision | None - Stopped, but Escaped on Foot | Violator Crash |
| 1371191 | 4/16/13 15:44 | Other Traffic Offenses | Stopped by Collision | None - Stopped, but Escaped on Foot | Violator/Uninvolved Unoccupied Crash |
| 1371821 | 4/17/13 12:09 | Felony Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 1378696 | 4/26/13 15:35 | Misdemeanor Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 1378696 | 4/26/13 15:35 | Misdemeanor Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator/Uninvolved Occupied Crash |
| 1378747 | 4/26/13 16:57 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 1383621 | 5/2/13 21:25 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 1383621 | 5/2/13 21:25 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator/Uninvolved Occupied Crash |
| 1387665 | 5/8/13 2:10 | Felony Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 1389721 | 5/10/13 15:21 | Felony Criminal Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 1390141 | 5/11/13 2:28 | Stolen or Suspected Stolen Vehicle | Abandoned | Apprehended During Pursuit (Incl. on Foot) | Police/Violator Legal Intervention |
| 1390586 | 5/11/13 19:04 | Summary Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 1395027 | 5/17/13 17:59 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |

2013 - Pursuits with Collision

| | | | | | |
|---|---|---|---|---|---|
| 13100158 | 5/24/13 15:40 | Other Traffic Offenses | Stopped by Collision | None - Stopped, but Escaped on Foot | Violator Crash |
| 13101015 | 5/25/13 19:27 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 13103273 | 5/28/13 3:12 | Other Traffic Offenses | Stopped Voluntarily | None - Stopped, but Escaped on Foot | Violator/Police Deliberate Intent |
| 13107115 | 6/2/13 21:12 | DUI or Suspected DUI Operator | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 13114353 | 6/12/13 1:39 | Other Traffic Offenses | Stopped by Collision | None - Stopped, but Escaped on Foot | Violator Crash |
| 13116474 | 6/14/13 22:50 | Other Traffic Offenses | Induced Stop | Apprehended During Pursuit (Incl. on Foot) | Police/Violator Legal Intervention |
| 13120345 | 6/19/13 23:46 | Other Traffic Offenses | Stopped by Collision | None - Violator Successfully Eluded Police | Violator/Uninvolved Unoccupied Crash |
| 1299488 | 6/21/13 2:55 | Other Traffic Offenses | Discontinued | Delayed - After Termination | Violator Crash |
| 1299488 | 6/21/13 2:55 | Other Traffic Offenses | Discontinued | Delayed - After Termination | Violator/Uninvolved Unoccupied Crash |
| 13130809 | 7/3/13 21:16 | Felony Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 13142774 | 7/19/13 20:42 | Other Traffic Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 13148564 | 7/27/13 14:48 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator/Uninvolved Occupied Crash |
| 13152232 | 8/1/13 15:14 | Felony Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 13165998 | 8/19/13 14:10 | Felony Criminal Offenses | Discontinued | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 13165998 | 8/19/13 14:10 | Felony Criminal Offenses | Discontinued | Apprehended During Pursuit (Incl. on Foot) | Violator/Police Crash |
| 13167840 | 8/22/13 1:27 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 13172423 | 8/28/13 6:35 | Felony Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 13183879 | 9/12/13 8:00 | Other Traffic Offenses | Abandoned | None - Stopped, but Escaped on Foot | Uninvolved Crash |
| 13190384 | 9/20/13 23:36 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator/Uninvolved Unoccupied Crash |
| 13198992 | 10/2/13 17:40 | Misdemeanor Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 13202271 | 10/7/13 3:00 | Other Traffic Offenses | Abandoned | None - Violator Successfully Eluded Police | Violator/Uninvolved Occupied Crash |
| 13202271 | 10/7/13 3:00 | Other Traffic Offenses | Abandoned | None - Violator Successfully Eluded Police | Violator/Uninvolved Deliberate Intent |
| 13215535 | 10/26/13 3:39 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 13216171 | 10/27/13 2:12 | DUI or Suspected DUI Operator | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 13216171 | 10/27/13 2:12 | DUI or Suspected DUI Operator | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator/Uninvolved Unoccupied Crash |
| 13221585 | 11/4/13 0:49 | Other Traffic Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 13230594 | 11/16/13 23:57 | DUI or Suspected DUI Operator | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 13230594 | 11/16/13 23:57 | DUI or Suspected DUI Operator | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | Violator/Uninvolved Occupied Crash |
| 13230594 | 11/16/13 23:57 | DUI or Suspected DUI Operator | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | Violator/Uninvolved Unoccupied Crash |
| 13237105 | 11/26/13 17:02 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 13237105 | 11/26/13 17:02 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator/Uninvolved Occupied Crash |
| 13148323 | 7/27/13 3:15 | DUI or Suspected DUI Operator | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | Violator/Police Crash |
| 13244617 | 12/9/13 0:14 | Misdemeanor Criminal Offenses | Stopped by Collision | None - Stopped, but Escaped on Foot | Violator Crash |
| 13244617 | 12/9/13 0:14 | Misdemeanor Criminal Offenses | Stopped by Collision | None - Stopped, but Escaped on Foot | Violator/Police Crash |
| 13244617 | 12/9/13 0:14 | Misdemeanor Criminal Offenses | Stopped by Collision | None - Stopped, but Escaped on Foot | Violator/Uninvolved Unoccupied Crash |
| 13245055 | 12/9/13 17:47 | Other Traffic Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | Violator/Uninvolved Unoccupied Crash |
| 13254191 | 12/24/13 16:27 | Misdemeanor Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 13255288 | 12/27/13 3:34 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator/Uninvolved Unoccupied Crash |
| 13190265 | 9/20/13 19:54 | Other Traffic Offenses | Stopped by Collision | None - Violator Successfully Eluded Police | Violator Crash |
| 13190265 | 9/20/13 19:54 | Other Traffic Offenses | Stopped by Collision | None - Violator Successfully Eluded Police | Uninvolved Crash |
| 13190265 | 9/20/13 19:54 | Other Traffic Offenses | Stopped by Collision | None - Violator Successfully Eluded Police | Violator/Uninvolved Occupied Crash |
| 13190265 | 9/20/13 19:54 | Other Traffic Offenses | Stopped by Collision | None - Violator Successfully Eluded Police | Violator/Uninvolved Unoccupied Crash |
| 13229298 | 11/15/13 9:04 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 13229298 | 11/15/13 9:04 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator/Uninvolved Occupied Crash |
| 13229298 | 11/15/13 9:04 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator/Uninvolved Unoccupied Crash |

2013 - Pursuits with Collision