| Incident Number | Data Occurred | Reason Initiated | Reason Terminated | Apprehension Type | Arrests |
|---|---|---|---|---|---|
| 141973 | 1/4/14 2:06 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 142656 | 1/5/14 3:28 | Other Traffic Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 144731 | 1/8/14 16:45 | Felony Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 148893 | 1/14/14 17:13 | Other Traffic Offenses | Stopped by Collision | None - Stopped, but Escaped on Foot | 1 |
| 1410869 | 1/17/14 16:32 | Misdemeanor Criminal Offenses | Discontinued | None - Violator Successfully Eluded Police | 0 |
| 1413549 | 1/22/14 0:56 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1414922 | 1/24/14 1:16 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1416819 | 1/27/14 9:59 | Felony Criminal Offenses | Discontinued | None - Decision Made to Terminate | 0 |
| 1417448 | 1/28/14 9:00 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1417776 | 1/28/14 19:57 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 1417846 | 1/28/14 22:22 | Felony Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1419185 | 1/31/14 1:00 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1420024 | 2/1/14 3:37 | DUI or Suspected DUI Operator | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1420467 | 2/1/14 20:44 | Felony Criminal Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 1422192 | 2/4/14 16:15 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 1422719 | 2/5/14 16:09 | Felony Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 1425144 | 2/9/14 1:34 | Stolen or Suspected Stolen Vehicle | Discontinued | Delayed - After Termination | 2 |
| 1430089 | 2/17/14 3:10 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1431323 | 2/19/14 3:20 | DUI or Suspected DUI Operator | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1433349 | 2/22/14 1:26 | DUI or Suspected DUI Operator | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1433891 | 2/22/14 20:10 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1435893 | 2/25/14 22:08 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1438000 | 3/1/14 1:08 | DUI or Suspected DUI Operator | Stopped Voluntarily | None - Decision Made to Terminate | 1 |
| 1438709 | 3/2/14 1:40 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1441466 | 3/6/14 0:44 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1442771 | 3/7/14 22:44 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1445349 | 3/11/14 21:58 | Misdemeanor Criminal Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1445325 | 3/11/14 21:04 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 1445743 | 3/12/14 14:43 | Misdemeanor Criminal Offenses | Violator Vehicle Disabled | Delayed - After Termination | 1 |
| 1446681 | 3/13/14 23:56 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1449580 | 3/18/14 2:02 | Misdemeanor Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1452789 | 3/22/14 18:34 | Felony Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 1452902 | 3/22/14 22:10 | Other Traffic Offenses | Induced Stop | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1456003 | 3/27/14 16:37 | Summary Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1453636 | 3/24/14 1:44 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1456147 | 3/27/14 20:22 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1456839 | 3/28/14 19:44 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 1457735 | 3/30/14 2:18 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1459650 | 4/1/14 21:57 | Other Traffic Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | 1 |

2014 - All Pursuits                                                                                          Exhibit C

| | | | | | |
|---|---|---|---|---|---|
| 1460919 | 4/3/14 16:24 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1461256 | 4/4/14 2:17 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1461825 | 4/4/14 21:07 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1461966 | 4/5/14 1:56 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1462608 | 4/6/14 0:52 | Other Traffic Offenses | Stopped by Collision | None - Stopped, but Escaped on Foot | 0 |
| 1464674 | 4/8/14 18:57 | Other Traffic Offenses | Discontinued | None - Violator Successfully Eluded Police | 0 |
| 1465453 | 4/9/14 21:14 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 1467168 | 4/12/14 1:28 | Other Traffic Offenses | Stopped Voluntarily | None - Decision Made to Terminate | 0 |
| 1468471 | 4/13/14 21:31 | Felony Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 4 |
| 1468874 | 4/14/14 10:41 | Other Traffic Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1469224 | 4/14/14 19:38 | Summary Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1469829 | 4/15/14 18:02 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1470604 | 4/16/14 20:15 | Felony Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 1474730 | 4/23/14 2:20 | DUI or Suspected DUI Operator | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1476742 | 4/26/14 3:28 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1477828 | 4/27/14 19:47 | Misdemeanor Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1479170 | 4/30/14 0:12 | Misdemeanor Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1480577 | 5/2/14 3:55 | Other Traffic Offenses | Stopped Voluntarily | Delayed - After Termination | 2 |
| 1482569 | 5/5/14 8:55 | Felony Criminal Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1483853 | 5/7/14 1:18 | Other Traffic Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1487888 | 5/12/14 13:55 | Felony Criminal Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1493282 | 5/19/14 19:56 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1498312 | 5/26/14 18:38 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1499188 | 5/27/14 20:43 | Misdemeanor Criminal Offenses | Induced Stop | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14100640 | 5/30/14 21:13 | Felony Criminal Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14101529 | 5/30/14 21:43 | Felony Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14103058 | 6/1/14 20:03 | Felony Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 14103901 | 6/2/14 23:04 | Felony Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14104783 | 6/4/14 2:20 | Other Traffic Offenses | Discontinued | Delayed - After Termination | 1 |
| 14105959 | 6/5/14 16:29 | Stolen or Suspected Stolen Vehicle | Discontinued | Delayed - After Termination | 1 |
| 1499039 | 5/27/14 17:07 | Summary Criminal Offenses | Stopped Voluntarily | Delayed - After Termination | 0 |
| 14107247 | 6/7/14 3:29 | Other Traffic Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14107572 | 6/7/14 16:31 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14107956 | 6/8/14 2:08 | Other Traffic Offenses | Discontinued | Delayed - After Termination | 0 |
| 14109084 | 6/9/14 22:06 | Felony Criminal Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1495008 | 5/22/14 2:05 | Other Traffic Offenses | Abandoned | None - Stopped, but Escaped on Foot | 0 |
| 14110335 | 6/11/14 17:17 | Misdemeanor Criminal Offenses | Stopped Voluntarily | None - Decision Made to Terminate | 0 |
| 14113024 | 6/15/14 2:17 | Felony Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14113061 | 6/15/14 3:17 | Other Traffic Offenses | Discontinued | None - Violator Successfully Eluded Police | 0 |
| 14115713 | 6/18/14 20:56 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |

2014 - All Pursuits

| | | | | | |
|---|---|---|---|---|---|
| 14116441 | 6/19/14 20:45 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14117445 | 6/21/14 1:54 | Other Traffic Offenses | Discontinued | Delayed - After Termination | 1 |
| 14119645 | 6/23/14 19:12 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14119770 | 6/23/14 22:18 | Other Traffic Offenses | Discontinued | None - Decision Made to Terminate | 0 |
| 14120981 | 6/25/14 12:54 | Misdemeanor Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14121653 | 6/26/14 0:23 | Other Traffic Offenses | Discontinued | None - Violator Successfully Eluded Police | 0 |
| 14122166 | 6/26/14 15:50 | Other Traffic Offenses | Discontinued | None - Decision Made to Terminate | 0 |
| 14127876 | 7/3/14 15:41 | Summary Criminal Offenses | Abandoned | None - Decision Made to Terminate | 1 |
| 14130653 | 7/7/14 3:00 | DUI or Suspected DUI Operator | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14124255 | 6/29/14 1:13 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14126883 | 7/2/14 12:32 | Other Traffic Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14132072 | 7/8/14 22:34 | Other Traffic Offenses | Stopped by Collision | None - Stopped, but Escaped on Foot | 1 |
| 14132994 | 7/10/14 1:26 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14137737 | 7/15/14 22:12 | Other Traffic Offenses | Discontinued | None - Violator Successfully Eluded Police | 0 |
| 14138636 | 7/17/14 0:29 | Other Traffic Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14140166 | 7/18/14 21:50 | Other Traffic Offenses | Discontinued | Delayed - After Termination | 1 |
| 14141063 | 7/20/14 0:48 | Misdemeanor Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14142662 | 7/22/14 2:51 | Stolen or Suspected Stolen Vehicle | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14143650 | 7/23/14 10:02 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14144857 | 7/24/14 0:29 | Other Traffic Offenses | Discontinued | Delayed - After Termination | 1 |
| 14147419 | 7/28/14 1:37 | Stolen or Suspected Stolen Vehicle | Abandoned | None - Stopped, but Escaped on Foot | 1 |
| 14148203 | 7/29/14 1:40 | Felony Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 14148692 | 7/29/14 18:26 | Felony Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14148954 | 7/30/14 1:40 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14149747 | 7/31/14 0:26 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14150361 | 7/31/14 22:14 | Other Traffic Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 1473428 | 4/21/14 3:07 | Felony Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 0 |
| 14152014 | 8/3/14 0:08 | Other Traffic Offenses | Stopped by Collision | None - Stopped, but Escaped on Foot | 0 |
| 14194295B | 9/28/14 16:30 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14194295C | 9/28/14 16:32 | Other Traffic Offenses | Induced Stop | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14152689 | 8/3/14 22:42 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 14152761 | 8/4/14 1:36 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | None - Stopped, but Escaped on Foot | 0 |
| 14154291 | 8/6/14 0:58 | Other Traffic Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14156116 | 8/8/14 11:56 | Felony Criminal Offenses | Discontinued | None - Violator Successfully Eluded Police | 0 |
| 14156527 | 8/8/14 21:24 | Misdemeanor Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14156784 | 8/9/14 3:35 | Other Traffic Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 3 |
| 14161662 | 8/15/14 15:54 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14162030 | 8/16/14 1:21 | Stolen or Suspected Stolen Vehicle | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 3 |
| 14162066 | 8/16/14 2:10 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14163805 | 8/18/14 11:23 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |

2014 - All Pursuits

| ID | Date/Time | Offense | Outcome | Result | Count |
|---|---|---|---|---|---|
| 14173430 | 8/31/14 0:01 | DUI or Suspected DUI Operator | Induced Stop | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14173565 | 8/31/14 2:12 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14157281 | 9/4/14 12:36 | Stolen or Suspected Stolen Vehicle | Induced Stop | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14178745 | 9/6/14 23:51 | Stolen or Suspected Stolen Vehicle | Discontinued | Delayed - After Termination | 1 |
| 14179977 | 9/8/14 16:36 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14181977 | 9/11/14 12:54 | Felony Criminal Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14188719 | 9/20/14 21:06 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | None - Stopped, but Escaped on Foot | 0 |
| 14189558 | 9/22/14 5:00 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14192111 | 9/25/14 18:38 | Other Traffic Offenses | Discontinued | None - Violator Successfully Eluded Police | 0 |
| 14192965 | 9/26/14 20:30 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14193105 | 9/24/14 0:55 | Felony Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 14199156 | 10/5/14 2:18 | DUI or Suspected DUI Operator | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14200948 | 10/7/14 22:05 | Other Traffic Offenses | Stopped Voluntarily | None - Violator Successfully Eluded Police | 0 |
| 14201639 | 10/8/14 20:08 | Felony Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14205636 | 10/14/14 20:58 | Stolen or Suspected Stolen Vehicle | Discontinued | None - Decision Made to Terminate | 0 |
| 14207966 | 10/18/14 1:35 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14209458 | 10/20/14 15:20 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14209725 | 10/20/14 21:56 | Other Traffic Offenses | Stopped by Collision | None - Stopped, but Escaped on Foot | 0 |
| 14211626 | 10/23/14 18:54 | Stolen or Suspected Stolen Vehicle | Stopped Voluntarily | None - Violator Successfully Eluded Police | 0 |
| 14212554 | 10/25/14 1:14 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14215025 | 10/28/14 15:52 | Other Traffic Offenses | Stopped Voluntarily | None - Stopped, but Escaped on Foot | 0 |
| 14217825 | 11/1/14 17:03 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 14218828 | 11/3/14 3:08 | Felony Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14218926 | 11/4/14 2:25 | Stolen or Suspected Stolen Vehicle | Abandoned | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14223372 | 11/9/14 20:53 | DUI or Suspected DUI Operator | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14225191 | 11/12/14 12:37 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14225639 | 11/13/14 2:18 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14228587 | 11/17/14 18:53 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14230550 | 11/20/14 19:41 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 14234303 | 11/27/14 3:50 | Other Traffic Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 14194295A | 9/28/14 16:34 | DUI or Suspected DUI Operator | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14236380A | 12/1/14 0:17 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14236380B | 12/1/14 0:20 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14236804 | 12/1/14 17:46 | Felony Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14239297 | 12/5/14 22:46 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14240469 | 12/7/14 21:55 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14241101 | 12/9/14 1:07 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14241751 | 12/10/14 1:52 | Misdemeanor Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 0 |
| 14241831 | 12/10/14 6:16 | Felony Criminal Offenses | Discontinued | None - Decision Made to Terminate | 0 |
| 14245351 | 12/16/14 2:32 | Other Traffic Offenses | Discontinued | Delayed - After Termination | 1 |

2014 - All Pursuits

| | | | | | |
|---|---|---|---|---|---|
| 14246491 | 12/17/14 23:30 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14252512 | 12/29/14 17:06 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14253260 | 12/31/14 0:47 | Other Traffic Offenses | Stopped Voluntarily | Delayed - After Termination | 1 |
| 146825 | 1/11/14 16:36 | Other Traffic Offenses | Discontinued | None - Violator Successfully Eluded Police | 0 |
| 1420365 | 2/1/14 17:42 | Other Traffic Offenses | Discontinued | None - Violator Successfully Eluded Police | 0 |
| 1436226 | 2/26/14 12:35 | Felony Criminal Offenses | Abandoned | None - Violator Successfully Eluded Police | 0 |
| 1436508 | 2/26/14 22:03 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1443448 | 3/9/14 1:33 | Stolen or Suspected Stolen Vehicle | Abandoned | None - Stopped, but Escaped on Foot | 0 |
| 1468242 | 4/13/14 13:16 | Other Traffic Offenses | Discontinued | None - Decision Made to Terminate | 1 |
| 1471352 | 4/17/14 22:13 | Felony Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 1480233 | 5/1/14 17:30 | Other Traffic Offenses | Discontinued | None - Decision Made to Terminate | 0 |
| 1480370 | 5/1/14 20:34 | Stolen or Suspected Stolen Vehicle | Discontinued | None - Decision Made to Terminate | 0 |
| 14122149 | 6/26/14 15:57 | Other Traffic Offenses | Discontinued | None - Violator Successfully Eluded Police | 0 |
| 14122451 | 6/26/14 22:15 | DUI or Suspected DUI Operator | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 14132229 | 7/9/14 2:39 | Other Traffic Offenses | Abandoned | None - Stopped, but Escaped on Foot | 0 |
| 14192984 | 9/26/14 22:01 | Felony Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 0 |
| 14203545 | 10/11/14 15:47 | Other Traffic Offenses | Stopped by Collision | None - Stopped, but Escaped on Foot | 0 |
| 14225215 | 11/12/14 13:14 | Other Traffic Offenses | Abandoned | None - Violator Successfully Eluded Police | 0 |

2014 - All Pursuits

| Incident Number | Data Occurred | Reason Initiated | Reason Terminated | Apprehension Type | Injury/Death Type | Injury/Death Count | Injured Person Type |
|---|---|---|---|---|---|---|---|
| 1417448 | 1/28/14 9:00 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Injury | 1 | Violator |
| 1417448 | 1/28/14 9:00 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Injury | 3 | Uninvolved |
| 1420024 | 2/1/14 3:37 | DUI or Suspected DUI Operator | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Injury | 1 | Violator |
| 1425144 | 2/9/14 1:34 | Stolen or Suspected Stolen Vehicle | Discontinued | Delayed - After Termination | Injury | 1 | Violator |
| 1431323 | 2/19/14 3:20 | DUI or Suspected DUI Operator | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Injury | 1 | Violator |
| 1435893 | 2/25/14 22:08 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Injury | 1 | Violator |
| 1438709 | 3/2/14 1:40 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Injury | 2 | Violator |
| 1453636 | 3/24/14 1:44 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Injury | 1 | Violator |
| 1459650 | 4/1/14 21:57 | Other Traffic Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | Injury | 1 | Violator |
| 1474730 | 4/23/14 2:20 | DUI or Suspected DUI Operator | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | Injury | 1 | Violator |
| 1476742 | 4/26/14 3:28 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | Injury | 1 | Violator |
| 1498312 | 5/26/14 18:38 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Injury | 1 | Violator |
| 14105959 | 6/5/14 16:29 | Stolen or Suspected Stolen Vehicle | Discontinued | Delayed - After Termination | Injury | 1 | Violator |
| 14105959 | 6/5/14 16:29 | Stolen or Suspected Stolen Vehicle | Discontinued | Delayed - After Termination | Injury | 2 | Uninvolved |
| 14107956 | 6/8/14 2:08 | Other Traffic Offenses | Discontinued | Delayed - After Termination | Injury | 2 | Violator |
| 14132072 | 7/8/14 22:34 | Other Traffic Offenses | Stopped by Collision | None - Stopped, but Escaped on Foot | Injury | 1 | Uninvolved |
| 14147419 | 7/28/14 1:37 | Stolen or Suspected Stolen Vehicle | Abandoned | None - Stopped, but Escaped on Foot | Unknown | 1 | Violator |
| 14148203 | 7/29/14 1:40 | Felony Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Injury | 2 | Violator |
| 14149747 | 7/31/14 0:26 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Injury | 1 | Violator |
| 14150361 | 7/31/14 22:14 | Other Traffic Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | Injury | 1 | Uninvolved |
| 1473428 | 4/21/14 3:07 | Felony Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Death | 1 | Violator |
| 14156527 | 8/8/14 21:24 | Misdemeanor Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Injury | 2 | Violator |
| 14162030 | 8/16/14 1:21 | Stolen or Suspected Stolen Vehicle | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | Injury | 3 | Violator |
| 14218828 | 11/3/14 3:08 | Felony Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Injury | 1 | Violator |
| 14194295A | 9/28/14 16:34 | DUI or Suspected DUI Operator | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | Injury | 1 | Violator |
| 14241751 | 12/10/14 1:52 | Misdemeanor Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Death | 1 | Violator |
| 14241751 | 12/10/14 1:52 | Misdemeanor Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Injury | 1 | Violator |
| 14253260 | 12/31/14 0:47 | Other Traffic Offenses | Stopped Voluntarily | Delayed - After Termination | Injury | 1 | Violator |
| 14192984 | 9/26/14 22:01 | Felony Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Death | 1 | Violator |

2014 - Pursuits with Collision