| Incident Number | Data Occurred | Reason Initiated | Reason Terminated | Apprehension Type | Arrests |
|---|---|---|---|---|---|
| 1552 | 1/1/15 0:51 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 15410 | 1/4/15 12:32 | Other Traffic Offenses | Discontinued | None - Decision Made to Terminate | 0 |
| 151673 | 1/3/15 15:55 | Other Traffic Offenses | Discontinued | None - Violator Successfully Eluded Police | 0 |
| 151937 | 1/4/15 0:02 | Misdemeanor Criminal Offenses | Discontinued | None - Decision Made to Terminate | 0 |
| 142489 | 1/4/15 22:42 | Stolen or Suspected Stolen Vehicle | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 153956 | 1/7/15 9:48 | Other Traffic Offenses | Discontinued | None - Decision Made to Terminate | 0 |
| 156037 | 1/10/15 16:08 | Misdemeanor Criminal Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 157662 | 1/13/15 12:46 | Summary Criminal Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 159020 | 1/15/15 19:00 | Other Traffic Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 159274 | 1/16/15 3:54 | Other Traffic Offenses | Discontinued | None - Decision Made to Terminate | 0 |
| 159956 | 1/17/15 3:10 | Felony Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1510562 | 1/18/15 1:55 | Summary Criminal Offenses | Discontinued | Delayed - After Termination | 2 |
| 1511759 | 1/20/15 3:07 | Felony Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 3 |
| 1513362 | 1/22/15 18:39 | Other Traffic Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1513414 | 1/22/15 20:23 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1513747 | 1/23/15 11:26 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 1517840 | 1/30/15 9:35 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1518691 | 1/31/15 16:54 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1522634 | 2/7/15 10:46 | Other Traffic Offenses | Discontinued | None - Decision Made to Terminate | 0 |
| 1522933 | 2/7/15 21:40 | Other Traffic Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1524733 | 2/10/15 20:35 | Other Traffic Offenses | Stopped Voluntarily | Delayed - After Termination | 1 |
| 1524830 | 2/11/15 1:21 | Other Traffic Offenses | Discontinued | None - Decision Made to Terminate | 0 |
| 1525067 | 2/11/15 14:17 | Felony Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1525327 | 2/11/15 21:35 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1526323 | 2/13/15 16:53 | Other Traffic Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1529018 | 2/18/15 7:31 | Felony Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1530015 | 2/20/15 0:28 | DUI or Suspected DUI Operator | Discontinued | None - Decision Made to Terminate | 0 |
| 1530588 | 2/20/15 22:09 | Misdemeanor Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1533416 | 2/25/15 15:10 | Felony Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1533721 | 2/26/15 1:39 | Felony Criminal Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1534951 | 2/28/15 2:23 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1535365 | 2/28/15 19:49 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1538376 | 3/5/15 15:49 | Other Traffic Offenses | Discontinued | None - Violator Successfully Eluded Police | 1 |
| 1539167 | 3/6/15 17:03 | Other Traffic Offenses | Abandoned | None - Violator Successfully Eluded Police | 0 |
| 1539361 | 3/6/15 22:17 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 1539849 | 3/7/15 17:57 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 1540558 | 3/8/15 22:01 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1543747 | 3/13/15 17:39 | Felony Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1546798 | 3/17/15 23:35 | Stolen or Suspected Stolen Vehicle | Discontinued | Delayed - After Termination | 1 |

| ID | Date/Time | Offense | Outcome | Result | Count |
|---|---|---|---|---|---|
| 1536149 | 3/2/15 0:44 | Felony Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 0 |
| 1531411 | 2/22/15 3:15 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 1537700 | 3/4/15 15:50 | Felony Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 1545874 | 3/16/15 16:45 | Stolen or Suspected Stolen Vehicle | Stopped Voluntarily | None - Decision Made to Terminate | 0 |
| 1551047 | 3/24/15 17:04 | Felony Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1551914 | 3/26/15 0:40 | Other Traffic Offenses | Discontinued | None - Decision Made to Terminate | 0 |
| 1552592 | 3/27/15 1:07 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1552977 | 3/27/15 17:29 | Other Traffic Offenses | Discontinued | Delayed - After Termination | 2 |
| 1556451 | 4/1/15 22:50 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1557159 | 4/3/15 1:12 | Felony Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1559307 | 4/6/15 16:22 | Other Traffic Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1559420 | 4/6/15 19:03 | Other Traffic Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1560206 | 4/7/15 21:55 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1562159 | 4/10/15 18:25 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1566351 | 4/16/15 21:05 | Felony Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1571806 | 4/24/15 20:34 | Felony Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1572084 | 4/25/15 5:38 | DUI or Suspected DUI Operator | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1577147 | 5/2/15 21:36 | Other Traffic Offenses | Discontinued | None - Decision Made to Terminate | 0 |
| 1579820 | 5/6/15 16:54 | Felony Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1579931 | 5/6/15 19:04 | Other Traffic Offenses | Discontinued | None - Decision Made to Terminate | 0 |
| 1580929 | 5/8/15 2:12 | Other Traffic Offenses | Stopped Voluntarily | None - Violator Successfully Eluded Police | 0 |
| 1581320 | 5/8/15 16:42 | Felony Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1582453 | 5/10/15 1:11 | Misdemeanor Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1582526 | 5/10/15 2:35 | DUI or Suspected DUI Operator | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1583731 | 5/11/15 20:57 | Other Traffic Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1584270 | 5/12/15 16:00 | Other Traffic Offenses | Discontinued | None - Violator Successfully Eluded Police | 1 |
| 1584885 | 5/13/15 13:47 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1586073 | 5/15/15 7:49 | Summary Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 1586242 | 5/15/15 12:04 | Stolen or Suspected Stolen Vehicle | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 1586412 | 5/15/15 17:49 | Other Traffic Offenses | Stopped Voluntarily | Delayed - After Termination | 1 |
| 1586760 | 5/16/15 2:00 | Felony Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1594580 | 5/27/15 20:28 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1596777 | 5/30/15 17:53 | Summary Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1597160 | 5/31/15 1:27 | Summary Criminal Offenses | Stopped by Collision | Delayed - After Termination | 1 |
| 1598951 | 6/2/15 18:31 | Other Traffic Offenses | Induced Stop | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 15104144 | 6/9/15 21:25 | Misdemeanor Criminal Offenses | Stopped Voluntarily | None - Decision Made to Terminate | 0 |
| 15107005 | 6/13/15 16:47 | Other Traffic Offenses | Discontinued | None - Decision Made to Terminate | 0 |
| 15107079 | 6/13/15 18:10 | Stolen or Suspected Stolen Vehicle | Discontinued | None - Violator Successfully Eluded Police | 0 |
| 15110999 | 6/19/15 3:38 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 15111458 | 6/19/15 18:15 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |

2015 - All Pursuits

| ID | Date/Time | Offense | Outcome | Result | Count |
|---|---|---|---|---|---|
| 15113493 | 6/23/15 10:32 | Stolen or Suspected Stolen Vehicle | Abandoned | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 15115005 | 6/24/15 13:47 | Other Traffic Offenses | Discontinued | None - Violator Successfully Eluded Police | 0 |
| 15115537 | 6/25/15 3:00 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 15115992 | 6/25/15 19:31 | Summary Criminal Offenses | Discontinued | None - Decision Made to Terminate | 0 |
| 15116066 | 6/25/15 22:05 | Felony Criminal Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 15116812 | 6/26/15 20:03 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 15117719 | 6/28/15 0:11 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 15118477 | 6/29/15 4:10 | Summary Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 0 |
| 15118625 | 6/29/15 11:40 | Misdemeanor Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 15119690 | 6/30/15 21:18 | Felony Criminal Offenses | Discontinued | None - Decision Made to Terminate | 0 |
| 1564358 | 4/13/15 19:16 | DUI or Suspected DUI Operator | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 1582511 | 5/10/15 1:11 | Misdemeanor Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 15123755 | 7/6/15 12:24 | Other Traffic Offenses | Stopped by Collision | None - Violator Successfully Eluded Police | 0 |
| 15127815 | 7/14/15 12:20 | Stolen or Suspected Stolen Vehicle | Discontinued | None - Decision Made to Terminate | 0 |
| 15129025 | 7/13/15 16:49 | Other Traffic Offenses | Discontinued | Delayed - After Termination | 1 |
| 15129729 | 7/14/15 16:39 | Felony Criminal Offenses | Discontinued | None - Decision Made to Terminate | 0 |
| 15131941 | 7/17/15 15:31 | Other Traffic Offenses | Discontinued | None - Decision Made to Terminate | 0 |
| 15134500 | 7/21/15 1:28 | DUI or Suspected DUI Operator | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 15134827 | 7/21/15 14:00 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 15138842 | 7/26/15 18:22 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 15140208 | 7/28/15 18:46 | Felony Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 15143746 | 8/2/15 14:34 | Felony Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 15145377 | 8/4/15 19:21 | Other Traffic Offenses | Discontinued | Delayed - After Termination | 1 |
| 15147090 | 8/7/15 7:23 | Felony Criminal Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 15150094 | 8/11/15 16:00 | Summary Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 15150463 | 8/12/15 2:33 | Stolen or Suspected Stolen Vehicle | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 15151571 | 8/13/15 17:03 | Other Traffic Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 15153393 | 8/16/15 0:31 | Felony Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 15153433 | 8/16/15 2:40 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 15161462 | 8/27/15 15:59 | Felony Criminal Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 15161642 | 8/28/15 16:56 | Felony Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 15161940 | 8/27/15 19:30 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 15162122 | 8/28/15 0:45 | DUI or Suspected DUI Operator | Abandoned | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 15163251 | 8/29/15 12:55 | Misdemeanor Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 15165282 | 9/1/15 1:52 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 15166084 | 9/2/15 2:24 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 15171732 | 9/9/15 19:11 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 15172344 | 9/10/15 17:02 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 15173994 | 9/12/15 19:46 | Other Traffic Offenses | Induced Stop | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 15174225 | 9/13/15 2:20 | Stolen or Suspected Stolen Vehicle | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |

2015 - All Pursuits

| ID | Date/Time | Offense | Outcome | Result | Count |
|---|---|---|---|---|---|
| 15174715 | 9/13/15 21:50 | Other Traffic Offenses | Discontinued | None - Violator Successfully Eluded Police | 0 |
| 15178346 | 9/18/15 21:00 | Misdemeanor Criminal Offenses | Abandoned | None - Stopped, but Escaped on Foot | 0 |
| 15178434 | 9/18/15 23:28 | Other Traffic Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 15179379 | 9/20/15 2:18 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 15179440 | 9/20/15 4:12 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 3 |
| 15181506 | 9/23/15 0:52 | Felony Criminal Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 15180306 | 9/21/15 12:48 | Felony Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 15185275 | 9/27/15 21:39 | Other Traffic Offenses | Stopped Voluntarily | None - Stopped, but Escaped on Foot | 0 |
| 15187555 | 10/1/15 3:41 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 15189353 | 10/3/15 17:15 | Felony Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 15190308 | 10/5/15 2:49 | Other Traffic Offenses | Discontinued | Delayed - After Termination | 1 |
| 15191121 | 10/10/15 1:36 | Stolen or Suspected Stolen Vehicle | Abandoned | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 15191797 | 10/7/15 2:10 | Felony Criminal Offenses | Discontinued | None - Decision Made to Terminate | 0 |
| 15194703 | 10/10/15 22:36 | DUI or Suspected DUI Operator | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 15195484 | 10/12/15 1:10 | Other Traffic Offenses | Induced Stop | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 15196439 | 10/13/15 11:11 | Felony Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 3 |
| 15196957 | 10/14/15 1:11 | Other Traffic Offenses | Discontinued | None - Decision Made to Terminate | 0 |
| 15199604 | 10/17/15 17:57 | Other Traffic Offenses | Abandoned | None - Violator Successfully Eluded Police | 0 |
| 15200045 | 10/18/15 9:50 | Other Traffic Offenses | Discontinued | None - Violator Successfully Eluded Police | 0 |
| 15204799 | 10/24/15 21:41 | Misdemeanor Criminal Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 15205600 | 10/26/15 2:35 | Other Traffic Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 15206496 | 10/27/15 12:32 | Summary Criminal Offenses | Stopped Voluntarily | None - Violator Successfully Eluded Police | 0 |
| 15209514 | 10/31/15 19:22 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 15211611 | 11/3/15 19:31 | Felony Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 15212027 | 11/4/15 10:48 | Felony Criminal Offenses | Abandoned | Delayed - After Termination | 0 |
| 15212643 | 11/10/15 12:06 | Stolen or Suspected Stolen Vehicle | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 15213275 | 11/6/15 2:19 | Other Traffic Offenses | Abandoned | None - Stopped, but Escaped on Foot | 0 |
| 15213931 | 11/7/15 0:17 | Summary Criminal Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 15213946 | 11/7/15 0:41 | Other Traffic Offenses | Stopped by Collision | None - Violator Successfully Eluded Police | 0 |
| 15214018 | 11/7/15 3:15 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 15214760 | 11/8/15 3:09 | Stolen or Suspected Stolen Vehicle | Abandoned | None - Stopped, but Escaped on Foot | 0 |
| 15216558 | 11/10/15 21:58 | Other Traffic Offenses | Discontinued | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 15217950 | 11/13/15 1:37 | Felony Criminal Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 3 |
| 15161353 | 8/26/15 22:35 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 15164517 | 8/31/15 1:55 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 15203525 | 10/23/15 3:49 | Felony Criminal Offenses | Stopped by Collision | None - Stopped, but Escaped on Foot | 0 |
| 15219394 | 11/15/15 2:22 | Other Traffic Offenses | Discontinued | Delayed - After Termination | 0 |
| 15222391 | 11/19/15 16:23 | Summary Criminal Offenses | Discontinued | None - Violator Successfully Eluded Police | 0 |
| 15222697 | 11/20/15 0:50 | Felony Criminal Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 15224657 | 11/22/15 17:23 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | 0 |

2015 - All Pursuits

| | | | | | |
|---|---|---|---|---|---|
| 15232502 | 12/5/15 10:49 | Other Traffic Offenses | Stopped Voluntarily | Delayed - After Termination | 1 |
| 15235456 | 12/9/15 19:47 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | 1 |
| 15245906 | 12/26/15 13:29 | Felony Criminal Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | 2 |
| 15240259 | 12/16/15 22:18 | Felony Criminal Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | 1 |

2015 - All Pursuits

| Incident Number | Data Occurred | Reason Initiated | Reason Terminated | Apprehension Type | Collision Type |
|---|---|---|---|---|---|
| 142489 | 1/4/15 22:42 | Stolen or Suspected Stolen Vehicle | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 156037 | 1/10/15 16:08 | Misdemeanor Criminal Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | Violator/Uninvolved Unoccupied Crash |
| 159020 | 1/15/15 19:00 | Other Traffic Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 159020 | 1/15/15 19:00 | Other Traffic Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | Violator/Uninvolved Unoccupied Crash |
| 159274 | 1/16/15 3:54 | Other Traffic Offenses | Discontinued | None - Decision Made to Terminate | Violator Crash |
| 159956 | 1/17/15 3:10 | Felony Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 1510562 | 1/18/15 1:55 | Summary Criminal Offenses | Discontinued | Delayed - After Termination | Violator Crash |
| 1511759 | 1/20/15 3:07 | Felony Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 1511759 | 1/20/15 3:07 | Felony Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Uninvolved Crash |
| 1511759 | 1/20/15 3:07 | Felony Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator/Uninvolved Occupied Crash |
| 1517840 | 1/30/15 9:35 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 1517840 | 1/30/15 9:35 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator/Police Crash |
| 1517840 | 1/30/15 9:35 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator/Uninvolved Occupied Crash |
| 1517840 | 1/30/15 9:35 | Stolen or Suspected Stolen Vehicle | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator/Police Deliberate Intent |
| 1522933 | 2/7/15 21:40 | Other Traffic Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | Violator/Police Crash |
| 1522933 | 2/7/15 21:40 | Other Traffic Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | Violator/Uninvolved Unoccupied Crash |
| 1525327 | 2/11/15 21:35 | Other Traffic Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | Violator/Police Crash |
| 1526323 | 2/13/15 16:53 | Other Traffic Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 1526323 | 2/13/15 16:53 | Other Traffic Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | Police Crash |
| 1529018 | 2/18/15 7:31 | Felony Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 1530588 | 2/20/15 22:09 | Misdemeanor Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | Violator/Uninvolved Occupied Crash |
| 1533416 | 2/25/15 15:10 | Felony Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator/Uninvolved Occupied Crash |
| 1533721 | 2/26/15 1:39 | Felony Criminal Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 1536149 | 3/2/15 0:44 | Felony Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 1531411 | 2/22/15 3:15 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 1551047 | 3/24/15 17:04 | Felony Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator/Uninvolved Occupied Crash |
| 1552977 | 3/27/15 17:29 | Other Traffic Offenses | Discontinued | Delayed - After Termination | Violator Crash |
| 1552977 | 3/27/15 17:29 | Other Traffic Offenses | Discontinued | Delayed - After Termination | Violator/Uninvolved Occupied Crash |
| 1557159 | 4/3/15 1:12 | Felony Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 1559307 | 4/6/15 16:22 | Other Traffic Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 1571806 | 4/24/15 20:34 | Felony Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator/Uninvolved Unoccupied Crash |
| 1572084 | 4/25/15 5:38 | DUI or Suspected DUI Operator | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 1586760 | 5/16/15 2:00 | Felony Criminal Offenses | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 1597160 | 5/31/15 1:27 | Summary Criminal Offenses | Stopped by Collision | Delayed - After Termination | Violator Crash |
| 15113493 | 6/23/15 10:32 | Stolen or Suspected Stolen Vehicle | Abandoned | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 15115005 | 6/24/15 13:47 | Other Traffic Offenses | Discontinued | None - Violator Successfully Eluded Police | Violator Crash |
| 15115537 | 6/25/15 3:00 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 15116066 | 6/25/15 22:05 | Felony Criminal Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 15118477 | 6/29/15 4:10 | Summary Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 15123755 | 7/6/15 12:24 | Other Traffic Offenses | Stopped by Collision | None - Violator Successfully Eluded Police | Violator Crash |
| 15123755 | 7/6/15 12:24 | Other Traffic Offenses | Stopped by Collision | None - Violator Successfully Eluded Police | Violator/Uninvolved Unoccupied Crash |
| 15127815 | 7/14/15 12:20 | Stolen or Suspected Stolen Vehicle | Discontinued | None - Decision Made to Terminate | Violator Crash |
| 15129025 | 7/13/15 16:49 | Other Traffic Offenses | Discontinued | Delayed - After Termination | Violator/Uninvolved Occupied Crash |
| 15147090 | 8/7/15 7:23 | Felony Criminal Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 15147090 | 8/7/15 7:23 | Felony Criminal Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | Violator/Police Crash |
| 15147090 | 8/7/15 7:23 | Felony Criminal Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | Violator/Uninvolved Occupied Crash |
| 15150463 | 8/12/15 2:33 | Stolen or Suspected Stolen Vehicle | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |

2015 - Pursuits with Collision

| ID | Date/Time | Offense | Outcome | Apprehension | Crash Type |
|---|---|---|---|---|---|
| 15171732 | 9/9/15 19:11 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 15172344 | 9/10/15 17:02 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 15172344 | 9/10/15 17:02 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator/Uninvolved Unoccupied Crash |
| 15178434 | 9/18/15 23:28 | Other Traffic Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 15185275 | 9/27/15 21:39 | Other Traffic Offenses | Stopped Voluntarily | None - Stopped, but Escaped on Foot | Violator Crash |
| 15185275 | 9/27/15 21:39 | Other Traffic Offenses | Stopped Voluntarily | None - Stopped, but Escaped on Foot | Violator/Uninvolved Occupied Crash |
| 15190308 | 10/5/15 2:49 | Other Traffic Offenses | Discontinued | Delayed - After Termination | Violator/Uninvolved Unoccupied Crash |
| 15194703 | 10/10/15 22:36 | DUI or Suspected DUI Operator | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 15194703 | 10/10/15 22:36 | DUI or Suspected DUI Operator | Stopped Voluntarily | Apprehended During Pursuit (Incl. on Foot) | Violator/Uninvolved Unoccupied Crash |
| 15196439 | 10/13/15 11:11 | Felony Criminal Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator/Police Crash |
| 15199604 | 10/17/15 17:57 | Other Traffic Offenses | Abandoned | None - Violator Successfully Eluded Police | Uninvolved/Police Crash |
| 15205600 | 10/26/15 2:35 | Other Traffic Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 15212643 | 11/10/15 12:06 | Stolen or Suspected Stolen Vehicle | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 15213931 | 11/7/15 0:17 | Summary Criminal Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 15213946 | 11/7/15 0:41 | Other Traffic Offenses | Stopped by Collision | None - Violator Successfully Eluded Police | Violator Crash |
| 15213946 | 11/7/15 0:41 | Other Traffic Offenses | Stopped by Collision | None - Violator Successfully Eluded Police | Violator/Uninvolved Occupied Crash |
| 15214018 | 11/7/15 3:15 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 15217950 | 11/13/15 1:37 | Felony Criminal Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 15203525 | 10/23/15 3:49 | Felony Criminal Offenses | Stopped by Collision | None - Stopped, but Escaped on Foot | Violator Crash |
| 15219394 | 11/15/15 2:22 | Other Traffic Offenses | Discontinued | Delayed - After Termination | Violator Crash |
| 15219394 | 11/15/15 2:22 | Other Traffic Offenses | Discontinued | Delayed - After Termination | Violator/Tire Deflation Deployment Crash |
| 15222697 | 11/20/15 0:50 | Felony Criminal Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 15224657 | 11/22/15 17:23 | Other Traffic Offenses | Stopped by Collision | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 15245906 | 12/26/15 13:29 | Felony Criminal Offenses | Violator Vehicle Disabled | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |
| 15240259 | 12/16/15 22:18 | Felony Criminal Offenses | Abandoned | Apprehended During Pursuit (Incl. on Foot) | Violator Crash |

2015 - Pursuits with Collision